AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

1856492
#2287-0316-1168-J

United States of America
v.
DELVON DELONTA BROWN

Case No. 3:22CR19

Case: 1:22-mj-00131
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 6/7/2022
Description: Rule 5 Arrest Warrant

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   DELVON DELONTA BROWN,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to PWID and to Distribute 28 Grams or More of Cocaine Base; Forfeiture.

Date: 03/15/2022

_Issuing officer's signature_

City and state: Martinsburg, WV

Robert W. Trumble, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 03/15/2022, and the person was arrested on (date) 06/06/2022
at (city and state) Washington, DC

Date: 06/06/2022

_Arresting officer's signature_

Justin Trotman, DUSM
_Printed name and title_