

FILED

MAR 1 5 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**

**DELVON DELONTA BROWN,**

   **Defendant.**

| | |
|---|---|
| **Criminal No.** | 3:22CR19 |
| **Violations:** | **21 U.S.C. § 841(a)(1)** |
| | **21 U.S.C. § 841(b)(1)(B)** |
| | **21 U.S.C. § 846** |

Case: 1:22-mj-00131
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 6/7/2022
Description: Rule 5 Arrest Warrant

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to
Distribute 28 Grams or More of Cocaine Base)

From on or about February 1, 2020 to on or about April 23, 2020, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendant **DELVON DELONTE BROWN**, did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with others, including Michael Christian and Misty Rose Jackson, to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute a mixture and substance containing 28 grams or more of cocaine base, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(B).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney